FILED
2018 Jan-02 PM 12:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| KEITH SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 7:17-cv-01309-LSC |
| LAVENDER, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 8) filed on December 27th, 2017. Accordingly, the case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

**DONE** and **ORDERED** on January 2, 2018.

_L. Scott Coogler_
United States District Judge

190685